JS-6

Benno Ashrafi, Esq. (CSBN 247623)
bashrafi@weitzlux.com
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, California 90067
Tel.: (310) 247-0921
Fax: (310) 786-9927

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GOMEZ, JR., an individual; and SHARON GOMEZ, an individual; | Case No: 2:12-cv-02302-BRO-AJW |
| Plaintiffs, | Assigned for All Purposes To : The Honorable Beverly Reid O'Connell Courtroom 14 – Spring Street |
| vs. | ORDER ON |
| AIR AND LIQUID SYTEMS CORPORATION, et al. | **REQUEST FOR DISMISSAL OF CASE** |
| Defendants. | Complaint Filed: February 15, 2012 Trial Date: None Set |

**TO THE COURT AND ALL INTERESTED PARTIES:**

As of the date of this filing no objections to dismissal have been made, Plaintiffs JULIO GOMEZ, JR. and SHARON GOMEZ request dismissal of the case and the above-captioned action.

Dated:   May 5, 2013

WEITZ & LUXENBERG, P.C.

By: _____

BENNO ASHRAFI
Attorneys for Plaintiffs
Julio Gomez, Jr. and Sharon Gomez

**IT IS SO ORDERED.**

DATED: May 6, 2014
_____

**UNITED STATES DISTRICT JUDGE**

REQUEST FOR DISMISSAL OF CASE